# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GREGORY LAMB,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GOV. WALKER, SHERIFF CLARK, CAPTAIN SOBEK, CAPTAIN BONUCKIT, LT. PERRY WRIGHT, LIEUTENANT MEADORS, LT. GROVE, LT. MCGEE, DANA TAFT, NURSE KIRK, NURSE CAGE, NURSE ROACH, NURSE GREY, RN ANGELA NIGHTINGALE, DR. PORTER, CAPTAIN SOLEMAN, RO MURRAY, RO WILBORN, RO DANZIER, RO ZETTING, RO JENSEN, RO BRAY, RO MEKILUCKY, RO JOSH, RO JEGERE, RO VILLIGAN, and RO RULZ,<br><br>　　　　　　　　　　Defendants. | Case No. 17-CV-220-JPS<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER** |

　　　　Plaintiff, a prisoner, filed a *pro se* complaint under 42 U.S.C. § 1983 alleging that his civil rights were violated. (Docket #1). On February 24, 2017, the Court denied his motion for leave to proceed *in forma pauperis*, (Docket #2), and ordered him to pay the full filing fee of $400.00 no later than March 17, 2017, (Docket #4). In that order, the Court cautioned that failure to pay the filing fee would result in dismissal of this action without prejudice. *See id.* at 3; Civ. L. R. 41(c). To date, Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 23rd day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge